STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL (SBN 74037)
DAVID A. CHEIT (SBN 121379)
STEVEN S. KIMBALL (SBN 154925)
400 Capitol Mall, Suite 1400
Sacramento, California 95814-4498
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendants
Turbomeca, S.A. (a/k/a La Societe Anonyme
Turbomeca France) and Turbomeca USA, Inc.
(f/k/a Turbomeca Engine Corporation)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>TURBOMECA S.A., a French Corporation; LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation; TURBOMECA USA, a Texas Corporation; TURBOMECA ENGINE CORPORATION, a Texas Corporation, and Does 1 through 50, Defendants. | Case No. 07-CV-01398 WBS DAD; & Case No. 08-CV-01588 WBS DAD<br><br>**STIPULATION TO CONSOLIDATE ACTIONS** |

WHEREAS, on July 13, 2007, the County of Sacramento filed the above-captioned case (the "'1398 County Action").

WHEREAS, on July 13, 2007, the County of Sacramento filed a similar action in Sacramento Superior Court. That case was subsequently removed by the Turbomeca defendants to this Court and is now styled *County of Sacramento v. Turbomeca S.A., et al.*, Case No. 08-CV-01588 WBS DAD ("'1588 County Action"). By way of a Stipulation filed August 6, 2008, the '1588 County Action was dismissed without prejudice.

WHEREAS, on June 18, 2008, plaintiff Old Republic Insurance Company filed a new action, *Old Republic Ins. Co. v. Turbomeca S.A. and Turbomeca USA*, 08-CV-1376 FCD KJM (the "Old Republic Action"). Old Republic filed an amended complaint on July 9, 2008.

1     WHEREAS, on July 29, 2008, the Turbomeca defendants filed Notices of Related Cases with respect to the Old Republic Action and the '1398 County Action, and on August 6, 2008, the Court issued related cases orders finding these cases to be related.

    WHEREAS, the '1398 County Action and Old Republic Action share common issues of law and fact and should be consolidated.

    a.    Both sets of plaintiffs allege damages allegedly attributable to the same acts of the same defendants arising out of a helicopter crash that occurred on July 13, 2005.  In the Old Republic Action, plaintiff is an insurance company that seeks recovery of insurance proceeds paid out on the helicopter that was destroyed in the crash.  Old Republic also claims to have paid out insurance proceeds related to the deaths of two of the individuals involved in the crash, Joseph Kievernagel and Kevin Blount.  The County of Sacramento, for its part, seeks reimbursement of the workers' compensation benefits it paid to and/or on behalf of its employees Eric Henrikson, Joseph Kievernagel and Kevin Blount, as well as property damage, replacement costs, loss of use, and exemplary and punitive damages, among others.

    b.    The cases all derive from the same accident, and identical or similar issues relating to liability, damages, and asserted defenses will arise in each case.  Old Republic claims to be subrogated to the rights of its insured, County of Sacramento.  Thus the claims of, and defenses applicable to, Old Republic and the County of Sacramento will be substantially identical.  Many of the same witnesses will be called to testify in both actions.  Consolidation will therefore serve party and trial court efficiency and avoid the substantial risk of inconsistent adjudications of law and fact.

    NOW THEREFORE, pursuant to Rule 42 of the Federal Rules of Civil Procedure, the parties, through their respective counsel of record, stipulate as follows:

    1.    For the Court to consolidate the '1398 County Action and the Old Republic Action for all purposes, including trial.

    2.    That Case No. 07-CV-01398 WBS DAD, styled County of Sacramento v. Turbomeca S.A., et al., shall be the master case number and all filings in either matter shall be filed therein.

3.     For the Court to issue a new Order Setting Status (Pretrial Scheduling) Conference Order for the consolidated cases that (a) supersedes the prior scheduling order entered in the '1398 County Action on April 25, 2008, thereby vacating August 1, 2008, as the date for Initial Disclosures and August 25, 2008, as the date for the Scheduling Conference, and (b) adopts the Order Setting Status (Pretrial Scheduling) Conference issued by the Court on August 6, 2008, in the Old Republic Case, pursuant to which a Status (Pretrial Scheduling) Conference would be set in the consolidated matters for December 1, 2008 at 2:00 p.m.

Dated:  August 6, 2008                                         STEVENS & O'CONNELL, LLP


                                                               By    /s/ Steven S. Kimball
                                                                     STEVEN S. KIMBALL
                                                                     Attorneys for Defendants
                                                                     Turbomeca, S.A. (a/k/a La Societe Anonyme
                                                                     Turbomeca France) and Turbomeca USA,
                                                                     Inc. (f/k/a Turbomeca Engine Corporation)


Dated:  August 6, 2008                                         LENAHAN, LEE,
                                                               SLATER & PEARSE, LLP


                                                               By  /s/ Charleton S. Pearse (as authorized 8/6/08)
                                                                     CHARLETON S. PEARSE
                                                                     Attorneys for Plaintiff
                                                                     County of Sacramento

Dated:  August 6, 2008                                         REID, AXELROD, McCORMACK & GRIFFIS


                                                               By  /s/ Peter Axelrod (as authorized 8/6/08)
                                                                     PETER AXELROD
                                                                     Attorneys for Plaintiff
                                                                     Old Republic Insurance Company

IT IS SO ORDERED.
DATED:  August 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3