1  Ronald A. McIntire, Bar No. 127407
   PERKINS COIE LLP
2  1888 Century Park E., Suite 1700
   Los Angeles, CA  90067-1721
3  Telephone:  310.788.9900
   Facsimile:  310.788.3399
4
   Keith Gerrard (admitted pro hac vice)
5  Richard Coyle (admitted pro hac vice)
   Brendan Murphy (admitted pro hac vice)
6  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
7  Seattle, WA  98101-3099
   Telephone:  206.359.8000
8  Facsimile:  206.359.9000

9  Attorneys for Defendants
   Turbomeca S.A. and Turbomeca USA, Inc.
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,  Plaintiff, v. TURBOMECA S.A. and TURBOMECA USA, Defendants. | Case No. 2:07:CV-1398 WBS DAD [Consolidated Master Case Number] STIPULATION AND [PROPOSED] ORDER TO SEVER AND DISMISS WITH PREJUDICE CASE NUMBER 2:08-CV-1376 |
| COUNTY OF SACRAMENTO,  Plaintiff, v. TURBOMECA S.A., a French Corporation; LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation; TURBOMECA USA, a Texas Corporation; TURBOMECA ENGINE CORPORATION, a Texas Corporation, and Does 1 through 50, Defendants. | |

26         Plaintiffs Old Republic Insurance Company and County of Sacramento and Defendants

27  Turbomeca S.A. (f/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a

28

STIPULATION TO SEVER AND
DISMISS CASE NO. 2:08-CV-1376

Turbomeca Engine Corporation) hereby stipulate and seek an order of the Court severing Case Number 2:08-cv-1376 and dismissing it with prejudice, and state as follows:

1.  These consolidated actions arise from the crash of a Sacramento County Sheriff's Department helicopter on July 13, 2005, which resulted in the deaths of two Sheriff's deputies, injuries to a third deputy, and the loss of the helicopter.

2.  The County of Sacramento commenced the action numbered 2:07-cv-01398-WBS-DAD on July 13, 2007. The sole parties are the County, Turbomeca S.A., and Turbomeca USA.

3.  Old Republic Insurance Company commenced the action numbered 2:08-cv-01376-WBS-DAD on June 18, 2008. The sole parties are Old Republic, Turbomeca S.A., and Turbomeca USA.

4.  On August 7, 2008, the Court ordered the actions consolidated under master case number 07-CV-01398-WBS-DAD. (Docket No. 33.)

5.  The defendants and Old Republic have settled all claims brought by Old Republic in Case Number 2:08-cv-1376. (Notice of Settlement, Docket No. 48.) The defendants and Old Republic have exchanged consideration and executed releases and believe that Case Number 2:08-cv-1376 may now be severed and dismissed with prejudice.

Accordingly, all parties to these consolidated actions stipulate that Case Number 2:08-cv-1376 may be severed.

Further, defendants and Old Republic stipulate that Case Number 2:08-cv-1376 can and should be dismissed with prejudice, with each party to bear its own fees and costs.

DATED:  October 16    , 2009          **PERKINS COIE LLP**

By:  /s/Brendan Murphy
     Brendan Murphy

Attorneys for Defendants
Turbomeca S.A. and Turbomeca USA, Inc.

DATED:  October 16    , 2009          **REID, AXELROD, MCCORMACK & GRIFFIS**

By:  /s/ per email authorization on 10/13/09
     Donald S. Honigman

Attorneys for Plaintiff
Old Republic Insurance Company

DATED:  October 16    , 2009          **LENAHAN, LEE, SLATER & PEARSE, LLP**

By:  /s/ per email authorization on 10/15/09
     Charleton Pearse
     Kathleen Staker

Attorneys for Plaintiff
County of Sacramento

STIPULATION TO SEVER AND
DISMISS CASE NO. 2:08-CV-1376        -3-

**ORDER**

IT IS HEREBY ORDERED THAT:

(1) Case Number 2:08-cv-1376 is severed from this consolidated action; and

(2) Case Number 2:08-cv-1376 is dismissed with prejudice, with each party to bear its own fees and costs.

Dated:  October 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER